# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   4:25cr 161 TER
)
US Postal Service (USPS) Mail Parcel with number )
9505511325025245588236 addressed to S. Pearson, )
3760 Dewitt Road, Longs, South Carolina, 29568. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

US Postal Service Parcel number 9505511325025245588236, located at the Myrtle Beach USPIS Office.

located in the _____ District of _____South Carolina_____, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances, evidencing violation of Title 21, United States Code, Sections 841 and 843 (Distribution and possession with intent to distribute controlled substances; Use of a communication facility)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☐ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841 and 843 | Distribution and possession with intent to distribute controlled substances; Use of a communication facility. |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Chad Parnell, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sept 18, 2015

*Judge's signature*

City and state: Florence, South Carolina    Hon. Thomas E. Rogers, III United States Magistrate Judge
*Printed name and title*