AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 4:25cr161 | Date and time warrant executed: 9/18/2015 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of: HCPD Hutcherson

Inventory of the property taken and name of any person(s) seized:

816.46 grams of marijuana.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/18/15

_____
Executing officer's signature

Chad Parnell  Postal Inspector
Printed name and title